# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL GREENE, | ) | No. CV 08-5307-ODW(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| DERRAL G. ADAMS (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: 9/12/'08

_____
OTIS D. WRIGHT, II
United States District Judge